

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, Suite 700*                              *(973)645-2700*
*Newark, NJ 07102*

December 20, 2004

Hon. Katharine S. Hayden
United States District Judge
U.S. Post Office & Courthouse Building
P.O. Box 999
Newark, New Jersey    07101-0999

              Re:  United States v. Hemant Lakhani
                   Criminal No. 03-880

Dear Judge Hayden:

        By letter brief dated December 2, 2004, the government
moved in limine to exclude (a) certain areas of cross-examination
of a critical witness whom the government will call; and (b) the
testimony of a defense witness who has been subpoenaed.  The
government requested that both matters be addressed prior to
opening statements -- a common practice in criminal cases -- in
order to avoid delays during trial and decide how to frame
opening argument.  In reply, defendant states that the
application is not ripe.

        The established legal standards that apply to this
motion are not expected to change during the course of trial.
Nor will they be altered if *permissible* cross-examination is
extensive -- as anticipated -- or not.  The facts and legal
issues presented are plainly ripe.

        Even though this trial is expected to last many weeks,
the government has agreed to disclose *all* Giglio and Jencks
material pretrial, in order for the trial to proceed smoothly.
The parties mutually agreed that disclosure will be made on
December 28, 2004.  In addition, the government has provided an
oral summary of Giglio material for the critical witness referred
to above.  It is safe to predict that there will be an ample
basis for cross-examination aside from issues raised in the in
limine motion.

        If a ruling is delayed, two outcomes are certain:  (1)
legal argument will be entertained during trial, causing delay
and inconvenience to the jury; and (2) the government will be
deprived of its right to front testimony and impeach its witness
in an effective manner.

We respectfully renew the request for a pretrial ruling.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
United States Attorney

s/Stuart Rabner

By:  STUART RABNER
     BRIAN R. HOWE
Assistant U.S. Attorneys

cc:  Henry E. Klingeman, Esq.

2