UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal No. 03-880 |
| HEMANT LAKHANI | : | O R D E R |

This matter having been opened to the Court by defendant Hemant Lakhani (Henry E. Klingeman, Esq., appearing), moving post-trial for various forms of relief from the jury's verdict, and Christopher J. Christie, United States Attorney for the District of New Jersey (Stuart Rabner and Brian Howe, Assistant U.S. Attorneys, appearing), having opposed the motions, and the Court having considered written submissions of both parties and oral argument on the motions, and for the reasons stated on the record by the Court on September 12, 2005,

IT IS, therefore, on this _14th_ day of September 2005

ORDERED that defendant's motion to dismiss the indictment on grounds of outrageous government misconduct is denied; and it is further

ORDERED that defendant's motion for a judgment of acquittal, pursuant to Fed. R. Crim. P. 29, claiming there was insufficient evidence of predisposition is denied; and it is further

ORDERED that defendant's motion for a new trial based on post-trial comments by a juror is denied.

HON. KATHARINE S. HAYDEN
United States District Judge