AO 245 B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                      Case Number    03-880-01

HEMANT LAKHANI

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, HEMANT LAKHANI, was represented by Henry Klingeman, Esq.

The defendant was found guilty on count(s) 1,2,3,4,5 by a jury verdict on 4/27/05 after a plea of not guilty. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18:2339A and 2 | Providing material support to terrorists | 12/01 thru 8/03 | 1 |
| 22:778(b)(1) and (C), 22:121.1, 127.1(d), 129.3, 129.6, 129.7 and 18:2 | Registration and licensing requirements | 10/01 thru 8/03 | 2 |
| 18:1956(a)(2)(A) and 2 | Money Laundering | 10/01 thru 8/03 | 3 & 4 |
| 18:542 and 2 | Entry of goods by means of false statements | 10/01 thru 8/03 | 5 |

As pronounced on 9/12/05, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $500.00, for count(s) 1,2,3,4,5, which shall be due immediately. Said special assessment shall be made payable to the Clerk, U.S. District Court.

Signed this the _12_ day of September, 20005.

KATHARINE S. HAYDEN
United States District Judge

AO 245 B (Rev. 12/03) Sheet 2 - Imprisonment

Judgment – Page 2 of 2

Defendant:       HEMANT LAKHANI
Case Number:   03-880-01

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 180 Months on Count One; a term of 120 months on Count Two to be served consecutive to the term on Count One;  term of 240 months on each of Counts Three and Four to be served concurrent to one another, but consecutive to the term on Count Two; and a term of 24 months on Count Five to be served consecutive to the terms on Counts Three and Four.  All terms to be served to the extent necessary to produce a total term of 564 months.

It is recommended that the defendant serve his sentence in a FCI Medical Unit based upon his current health condition.

The defendant shall remain in custody pending service of sentence.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal