1/2

dt- 28th Aug. 10

FROM: H LAKHANI, ESQ
Reg: 257530-50,
M. C. F P
4000- Springfield,
M. O. 65801


To: MR. William T. WALSH,
Clerk,
OFFICE of the United STATES, District Court,
THe STATE of New JERSEY
P. O BOX 419,
NEW-ARK NJ 07101-0419


Re: Request MOTION - disclosures,

DEAR MR. WALSH,

I am pleased to INFORM you that Finally My Letter dated 5th JAN. 10, [as per POSTMARK] WHICH remained undelivered, with Remark "ATTEMPTED" Not KNOWN" finally made it's destination. I received it NOW on 20th Aug. 10. THANK you

I HAVE Noted YOUR COMMENT THAT you do NOT File the defense exhibits. However, I assume, KLINGMAN WHO acted as a CJA Lawyer at my TRial and in Direct appeal that all his expenses/ compensation etc were paid out by your COURT and NOT by the office of U.S Attorney's office, and if it is the case, I would like disbursement details on the following, From you -

1) EXPERT TRANSLATION SERVICES [FORM 21]
a) FOR Hindi/english Translation - see HIS LETTER TO COURT - 5th ARIL. 04

2(2

b) Russian/english Translation [see his letter] 4 5th Aptil 04

2) His visit to London, UK dated 6th Nov 04 To discuss and meet my Financier Ex Bank, i.e Fares & Hotel. He had Travelled with his wife.

Additionally, I would like the copy of the following:

i) Anglio disclosure (copy) letter dated 28th Dec. 04, from AUSA To your court

2) Letter from AUSA's Stuart Rabnary Brain Howe To "Henry Klingman at 4 [ Quoting 7/25/0? internal memo by FBI ( special agent Cynthia Mcgarry] (emphasis added)

3) Minute Entries of court proceeding for item No 25 [ Re- Stricknning "Hamad" Name from the case] Listed on docket sheet - sent to me by Mr Rivoria (copy enclosed)

Hethetko, Mr Florio and Mr Rivera have not responded to my request despite my numerous request and their promises.

Since at present I don't have access to Justice ( I mean, a defense lawyer as indignent defendant) Please accept this enclosed Request (motion) as prose! am sending copy of this letter and a copy of the Request To AUSA as well as per your instructions.

Thanking you For your understanding

Submitted respectfully
H Laidan.

End One        P.S  Klingman is not available and besides
                He has changed so frequently his employer/partner that
                it is impossible to track Him down.

DOCKET NO. CRIMINAL 03-880 (KSH)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT of NEW JERSEY.

UNITED STATES OF AMERICA
V.
HEMANT LAKHANI
DEFENDANT

REQUEST FOR disclosure.

TO THE HONORABLE JUDGE KATHRINE S. Haydon, UNITED STATES, DISTRICT COURT, DISTRICT of NEW JERSEY. I, am (HEMANT LAKHANI) the defendant on Record also Now acting PROSE in the above captioned Trial respectfully request for THE disclosures be made available To me as Each of the disclosure raised by the defendant require a close Review of the Record. Additionally, as TRial defendant, the undersigned is particularly specific questions about the Proceeding Below;

DATED: 28th Aug 10
H. C. FP
4000-SPRING Field M.O

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
P.O. Box 419
Newark, New Jersey 07101-0419



William T. Walsh, CLERK

June 8, 2010

H. Lakhani via Regular and Certified Mail
Reg. No. 257530-50
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re: USA v. LAKHANI; Criminal No. 03-880(KSH)

Mr. Lakhani,

I have reviewed a copy of your letter to Ralph F. Florio, CSR, dated May 23, 2010, in the above captioned case. This letter appears to be a request for a transcript from May 11, 2004; however, there was no court proceeding in your case on that date.

For your convenience, I have enclosed a copy of the official docket sheet, and have highlighted the minute entries of all court proceedings. Please refer to this list to ascertain which proceedings you would like a transcript for, and order those specific transcripts from the court reporter listed on those minute entries.

Sincerely,

Michael F. Rivera, In-Court Supervisor

Enclosure.

cc: Ralph Florio, CSR
Rosemarie Donaghue, Court Services Supervisor