dt: 16th Nov. 012.

FROM: H. Lakhani. esq

Reg: 257530-50

M.C.F.P.

4000- Springfold.

M.O. 65801

FOR: Wiliam T. Walsh, clerk.

Michael F. Rivera, Esq

IN- Court supervisor.

Wishing you all Happy

"Thanks Giving"

Holidays

Respectfully

H Lakhan.